SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff
MARIA GARCIA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIA GARCIA,<br><br>    Plaintiff,<br><br>  vs.<br><br>LA CRUDA MARISCOS INC.;<br>MICHAEL SALAZAR REYES; and<br>DOES 1 to 10,<br><br>    Defendants. | **Case No.: 5:24-cv-01988-CV (SHKx)**<br><br>**Plaintiff's Notice of Motion and Motion for Default Judgment by Court**<br><br>Date: August 22, 2025<br>Time: 1:30 p.m.<br>Courtroom: 10B<br><br>Honorable Judge Cynthia Valenzuela |

    To Defendants LA CRUDA MARISCOS INC.; MICHAEL SALAZAR REYES; and the attorneys of record, if any: Please take notice that on August 22, 2025, at 1:30 p.m., or as soon thereafter as this matter may be heard by this Court located at 350 West First Street, Los Angeles, California, Plaintiff MARIA GARCIA will present Plaintiff's motion for default judgment against Defendants LA CRUDA MARISCOS INC. and MICHAEL SALAZAR REYES. The Clerk has previously entered the default on said Defendants on November 18, 2024 (Dkt. #15) and December 17, 2024 (Dkt. #17), respectively.

1    At the time and place of hearing, Plaintiff will present proof of the following

2    matters: (1) Defendants LA CRUDA MARISCOS INC. and MICHAEL SALAZAR

3    REYES are not minors, incompetent persons, or in military service or otherwise

4    exempted under the Soldier and Sailor's Civil Relief Act of 1940; (2) Defendants LA

5    CRUDA MARISCOS INC. and MICHAEL SALAZAR REYES have not appeared in

6    this action; and (3) Plaintiff is entitled to judgment against said Defendant on account of

7    the claims pleaded in the complaint, to wit: a violation of the Americans with Disabilities

8    Act.

9    The Plaintiff seeks a judgment in the amount of $3,720.00 in attorney fees and

10   costs as set forth in the attached declaration of Jason J. Kim and an Order directing the

11   Defendants to: make alterations in such a manner that, to the maximum extent feasible,

12   the goods, services, facilities, privileges, advantages, or accommodations offered by

13   Defendants are readily accessible to and usable by individuals with disabilities at the

14   property located at or about 12746 Pearblossom Hwy., Pearblossom, California. This

15   motion is based on this notice, the declarations submitted in support of this motion, and

16   other matters which may be presented at the hearing.

17   Notice of the original motion for default judgment by court was served on

18   Defendants LA CRUDA MARISCOS INC. and MICHAEL SALAZAR REYES on July

19   23, 2025 by first class United States Mail, postage prepaid.

20

21   Dated:  July 23, 2025                    **SO. CAL. EQUAL ACCESS GROUP**

22

23

24                                   By:    _/s/ Jason J. Kim_____
                                            Jason J. Kim, Esq.
25                                          Attorneys for Plaintiff

26

27

28